# Court of Appeals
# of the State of Georgia

ATLANTA,  August 01, 2017

*The Court of Appeals hereby passes the following order:*

**A17I0280. IN THE INTEREST OF: G. L. S., MINOR CHILD.**

On April 12, 2017, the juvenile court entered an order transferring G. L. S.'s delinquency petition to the superior court for prosecution. G. L. S. filed an application for discretionary appeal from this ruling. We dismissed the application based upon G. L. S.'s failure to comply with the interlocutory appeal procedure, including obtaining a certificate of immediate review. See Case Number A17D0430, dismissed June 5, 2017. G. L. S. then requested a certificate of immediate review, which the trial court entered on July 10, 2017, and G. L. S. filed this application for interlocutory appeal. We, however, lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within 10 days of entry of the order at issue that immediate review should be had.  If the certificate of immediate review is not entered within that 10-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal. See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973). Here, the trial court entered its certificate of immediate review 89 days

after the order G. L. S. seeks to appeal. Accordingly, we lack jurisdiction to consider

this application for interlocutory appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,   08/01/2017          *
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*